of Appeals for the Fifth Circuit denied. *Mr. A. O. B. Sparks* for petitioner. No appearance for respondents.

No. 308. TEXAS STEEL Co. *v.* MISSOURI-KANSAS-TEXAS R. Co. ET AL. October 8, 1934. Petition for writ of certiorari to the Court of Civil Appeals of Texas, 2d Supreme Judicial District, denied. *Mr. George W. Armstrong* for petitioner. *Mr. Fred L. Wallace* for respondents.

No. 309. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WALBRIDGE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. Russell D. Morrill* and *Chauncey Newlin* for respondent.

No. 310. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ARCHBALD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. W. W. Spaulding* for respondent.

No. 311. ELTING, COLLECTOR OF CUSTOMS, *v.* LAN-CASHIRE SHIPPING Co., LTD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. John W. Crandall* for respondent.

No. 312. E. A. LABORATORIES, INC. *v.* TRICO PRODUCTS CORP. October 8, 1934. Petition for writ of certiorari to